AO 241 (Rev. 5/85)

PETITION UNDER 28 USC § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | District SOUTHERN DISTRICT OF TEXAS |
|---|---|

| Name JOSÉ FLORES, JR | Prisoner No. 539332 | Case No. B-01-006 |
|---|---|---|

Place of Confinement TDCJ-ID · SKYVIEW UNIT - P.O. BOX 999 · Rusk, TX 75785

MISCELLANEOUS

| Name of Petitioner (include name under which convicted) JOEY BALBOA A.K.A. JOSÉ FLORES, JR | v. | Name of Respondent (authorized person having custody of petitioner) GARY L. JOHNSON |
|---|---|---|

The Attorney General of the State of: TEXAS

United States District Court
Southern District of Texas
FILED
FEB 2 0 2001
Michael N. Milby
Clerk of Court

**PETITION**

1. Name and location of court which entered the judgment of conviction under attack **138th Judicial District Court - Cameron County (Brownsville, TX)**

2. Date of judgment of conviction **12/10/97**

3. Length of sentence **LIFE**

4. Nature of offense involved (all counts) **AGGRAVATED ROBBERY w/a deadly weapon; AGGRAVATED KIDNAPPING; ATTEMPTED CAPITAL MURDER**

5. What was your plea? (Check one)
   (a) Not guilty ☑
   (b) Guilty ☐
   (c) Nolo contendere ☐

   If you entered a guilty plea to one count or indictment, and not a guilty plea to another count or indictment, give details:

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury ☑
   (b) Judge only ☐

7. Did you testify at the trial?
   Yes ☑   No ☐

8. Did you appeal from the judgment of conviction?
   Yes ☑   No ☐

United States District Court
Southern District of Texas
RECEIVED
FEB 2 0 2001
Michael N. Milby, Clerk

(2)

AO 241 (Rev. 5/85)

9. If you did appeal, answer the following:

   (a) Name of court __TEXAS Court of Criminal Appeals__

   (b) Result __Affirmed in part, Remanded in part__

   (c) Date of result and citation, if known __11/16/99 - 939 S.W. 2d 778__

   (d) Grounds raised __Ineffective Assistance of Counsel; Defective Indictment; Sexual Coercion by Prosecution__

   (e) If you sought further review of the decision on appeal by a higher state court, please answer the following:

   (1) Name of court __Texas Supreme Court__

   (2) Result __Affirmed__

   (3) Date of result and citation, if known __12/1/00 - 960 S.W. 2d 990__

   (4) Grounds raised __Racial & Homophobic Prejudice__

   (f) If you filed a petition for certiorari in the United States Supreme Court, please answer the following with respect to each direct appeal:

   (1) Name of court _____

   (2) Result _____

   (3) Date of result and citation, if known _____

   (4) Grounds raised _____

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal?
    Yes ☑   No ☐

11. If your answer to 10 was "yes," give the following information:

    (a) (1) Name of court __U.S. District Court for Western District of ILL__

    (2) Nature of proceeding __Evidentiary Hearing__

    (3) Grounds raised __Persecution by State of Texas__

AO 241 (Rev. 5/85)

(4) Did you receive an evidentiary hearing on your petition, application or motion?
  Yes ☑    No ☐

(5) Result _Denied due to Conspiracy against me_

(6) Date of result _12/12/03_

(b) As to any second petition, application or motion give the same information:

(1) Name of court _____

(2) Nature of proceeding _____

(3) Grounds raised _____

(4) Did you receive an evidentiary hearing on your petition, application or motion?
  Yes ☐    No ☐

(5) Result _____

(6) Date of result _____

(c) Did you appeal to the highest state court having jurisdiction the result of action taken on any petition, application or motion?
  (1) First petition, etc.      Yes ☑    No ☐
  (2) Second petition, etc.   Yes ☑    No ☐

(d) If you did *not* appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

_____

12. State *concisely* every ground on which you claim that you are being held unlawfully. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting the same.
    Caution: In order to proceed in the federal court, you must ordinarily first exhaust your available state court remedies as to each ground on which you request action by the federal court. If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.

(4)

AO 241 (Rev. 5/85)

    For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed if you have exhausted you state court remedies with respect to them. However, *you should raise in this petition all available grounds* (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

    Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The petition will be returned to you if you merely check (a) through (j) or any one of these grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.

(b) Conviction obtained by use of coerced confession.

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.

(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.

(e) Conviction obtained by a violation of the privilege against self-incrimination.

(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.

(g) Conviction obtained by a violation of the protection against double jeopardy.

(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.

(i) Denial of effective assistance of counsel.

(h) Denial of right of appeal.

A. Ground one: FBI Special Agent Kieth Quigley gained confession by sexual seduction (B)

Supporting FACTS (state *briefly* without citing cases or law) The above mentioned pig seduced me via oral sex and I was so lustfully enthralled that I signed a confession.

B. Ground two: (i) Denial of effective assistance of counsel

Supporting FACTS (state *briefly* without citing cases or law) I was forced to proceed at jury trial on 11/16/97 by myself as the state judge was homophobic, racist & sexually abusive.

(5)

AO 241 (Rev 5/85)

C.  Ground three: _____

Supporting FACTS (state *briefly* without citing cases or law) _____

D.  Ground four: _____

Supporting FACTS (state *briefly* without citing cases or law) _____

13. If any of the grounds listed in 12A, B, C, and D were not previously presented in any other court, state or federal, state *briefly* what grounds were not so presented, and give your reasons for not presenting them: _____

14. Do you have any petition or appeal now pending in any court, either state or federal, as to the judgment under attack?
    Yes ☑      No ☐

15. Give the name and address, if known, of each attorney who represented you in the following stages of judgment attacked herein:
    (a)  At preliminary hearing  Alfredo Campos, Jr - Irving, TX

    (b)  At arraignment and plea  Matthew C. Golla - 625 Griffin - Dallas, TX

(6)

AO 241 (Rev. 5/85)

(c) At trial Melinda J. Gambrell - 1408 W. Abram St., Ft Worth TX

(d) At sentencing Mary Ann Cozby - Tyler, TX

(e) On appeal Christy L. Drake - Amarillo, TX

(f) In any post-conviction proceeding Jody L. Rudman - Dallas, TX

(g) On appeal from any adverse ruling in a post-conviction proceeding Jody L. Rudman - Dallas, TX

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and the same time?
Yes ☑       No ☐

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
Yes ☑       No ☐
(a) If so, give name and location of court which imposed sentence to be served in the future: 365th Criminal District Court - Laredo TX
(b) Give date and length of the above sentence: 6/6/79 - 550 years

(c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
Yes ☑       No ☐

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

2-9-01
(date)

_____
Signature of Petitioner

(7)