IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
- BROWNSVILLE DIVISION -

United States District Court
Southern District of Texas
ENTERED
FEB 28 2001
Michael N. Milby, Clerk
By Deputy Clerk

| | | |
|---|---|---|
| JOSE FLORES, JR. | § | |
| | § | |
| VS. | § | MISCELLANEOUS NO. B-01-006 |
| | § | |
| GARY L. JOHNSON, ET AL. | § | |

## O R D E R

Petitioner, Jose Flores, Jr., has filed a Petition for Writ of Habeas Corpus pursuant to Title 28, U.S.C. § 2254. Petitioner will be allowed to proceed in Forma Pauperis. The State of Texas is hereby ordered to file a response by April 27, 2001.

DONE at Brownsville, Texas, this 27th day of February, 2001.

_____
John Wm. Black
United States Magistrate Judge