**Petitioner's Notice of Change Address To Court **
**Application To proceed IFP **

3-6-01
JOSÉ FLORES, JR # 539332
RoBERTSON Unit • 12071 Fm 3522
Abilene, TX 79601

Deputy Clerk
U.S. District Court
for
Southern District
of
Texas • Brownsville, Division

United States District Court
Southern District of Texas
RECEIVED

MAR 1 4 2001

Michael N. Milby, Clerk

RE: JOSÉ FLORES, JR V. Gary L. Johnson
CASE # MISC B-01-06

"PETITIONER'S NOTICE TO COURT OF CHANGE of Address"

Attention Deputy Clerk:

Please note that as of 2-22-01 my new mailing address: José Flores, Jr # 539332 • Robertson Unit • 12071 Fm 3522 • Abilene, TX 79601 ; Also enclosed please find the completed Application To proceed IFP you recently sent to me for filling out. Your help is very greatly appricated.
THANK YOU for your Time & attention.

Sincerely, José Flores JR

3

enclos: (1) IFP Application **