AO 240 (Rev. 6/86) Application to Proceed

United States District Court
Southern District of Texas
FILED

MAR 2 1 2001

Michael N. Milby
Clerk of Court

# United States District Court

Southern DISTRICT OF Texas

Jose Flores, Jr.
v.
Gary L. Johnson

**APPLICATION TO PROCEED IN FORMA PAUPERIS, SUPPORTING DOCUMENTATION AND ORDER**

CASE NUMBER: MISC B-01-06

I, JOSE FLORES, JR, declare that I am the (check appropriate box)

- [x] petitioner/plaintiff
- [ ] respondent/defendant
- [ ] movant (filing 28 U.S.C. 2255 motion)
- [ ] _____ other

in the above-entitled proceeding; that, in support of my request to proceed without being required to prepay fees, cost or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or give security therefor; that I believe I am entitled to relief. The nature of my action, defense, or other proceeding or the issues I intend to present on appeal are briefly stated as follows: Being unlawfully restrained of my liberty by unlawful conviction.

In further support of this application, I answer the following questions.

1. Are you presently employed?   Yes [ ]   No [x]
    a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer. (list both gross and net salary)

    b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received. 7/3/91 - appx $250.00 month

2. Have you received within the past twelve months any money from any of the following sources?
    a. Business, profession or other form of self-employment   Yes [ ]   No [x]
    b. Rent payments, interest or dividends?   Yes [ ]   No [x]
    c. Pensions, annuities or life insurance payments?   Yes [ ]   No [x]
    d. Gifts or inheritances?   Yes [ ]   No [x]
    e. Any other sources?   Yes [ ]   No [x]

AO 240 Reverse

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

3. Do you own any cash, or do you have money in checking or savings accounts?
   Yes ☐   No ☒   (Include any funds in prison accounts.)
   If the answer is "yes," state the total value of the items owned.

4. Do you own or have any interest in any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)?
   Yes ☐   No ☒
   If the answer is "yes," describe the property and state its approximate value.

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

   NONE

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  3-6-01                          Jose Flores, Jr.
             (Date)                          Signature of Applicant

---

**CERTIFICATE**
(Prisoner Accounts Only)

I certify that the applicant named herein has the sum of $ 0.00 on account to his credit at the French Robertson Unit institution where he is confined. I further certify that the applicant likewise has the following securities to his credit according to the records of said institution: 0.00

I further certify that during the last six months the applicant's average balance was $ 0.00

                                             Authorized Officer of Institution

---

**ORDER OF COURT**

| | |
|---|---|
| The application is hereby denied | The application is hereby granted. Let the applicant proceed without prepayment of cost or fees or the necessity of giving security therefor. |
| United States Judge       Date | United States Judge       Date<br>or Magistrate |