IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
-BROWNSVILLE DIVISION-

| | |
|---|---|
| JOSE FLORES, Jr., § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | |
| § | CIVIL ACTION NO. B-01-067 |
| GARY L. JOHNSON, DIRECTOR, § | |
| TEXAS DEPARTMENT OF § | |
| CRIMINAL JUSTICE, § | |
| INSTITUTIONAL DIVISION, § | |
| § | |
| Defendant. § | |

## ORDER

Before the Court is Magistrate Judge's Report and Recommendation on the above-referenced cause of action. After a de novo review of the entire file, it is the opinion of this Court that the Magistrate Judge's Report and Recommendation of June 5, 2001 should be **ADOPTED**.

IT IS ORDERED that Respondent Johnson's Motion to Dismiss for Lack of Subject Matter Jurisdiction (Docket No. 5) be **GRANTED**.

DONE in Brownsville, Texas, on this 27 day of July, 2001.

Filemon B. Vela
United States District Court Judge