8

JUL 2 7 2001

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE FLORES, Jr., | § | |
| Petitioner, | § | |
| | § | B-01-67 |
| v. | § | Civil Action No. ~~B-01-006~~ |
| | § | |
| GARY L. JOHNSON, DIRECTOR, | § | |
| TEXAS DEPARTMENT OF CRIMINAL | § | |
| JUSTICE, INSTITUTIONAL DIVISION, | § | |
| Respondent. | § | |

## ORDER

Came on this day to be considered Respondent Johnson's Motion to Dismiss for Lack of Subject Matter Jurisdiction, and the Court, after considering the pleadings of the parties filed herein, is of the opinion that the following order should issue:

Respondent's Motion to Dismiss for Lack of Subject Matter Jurisdiction (Docket Entry No. _____) is GRANTED. Accordingly, the petition for a writ of habeas corpus filed by Petitioner, Flores, is DISMISSED for lack of subject matter jurisdiction, with prejudice.

SIGNED this 27 day of July of 2001.

_____
UNITED STATES DISTRICT JUDGE